July 2, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

JUMANA  M. BARABARAWI, Appellant

NO. 14-12-00454-CV                               V.

MAHAER ABU RAYYAN, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Mahaer Abu Rayyan, signed April 11, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Jumana  M. Barabarawi, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.